IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Michael Cody Torres**<br>    **Plaintiff,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| **V.** | | **CIVIL ACTION NO.**<br><br>**4:23-cv-00060-O** |
| **City of Fort Worth, Claudia Alfaro,**<br>**Johnny Holland, Steve Carpenter,**<br>**Elizabeth Beck et al.**<br>    **Defendants.** | | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant City of Fort Worth have reached an agreement that will dispose of all claims and all parties in this action. Only counsel for Defendant Elizabeth Beck has appeared. (The other individual defendants have not yet been personally served and have not yet formally appeared herein, but, according to their respective attorneys, they do not oppose the agreed resolution.)

Presently, counsel for Plaintiff and the City of Fort Worth are in the process of drafting documents to confirm the terms of the informal settlement.

The parties request the Court stay all deadlines until the parties can draft and execute a Settlement Agreement and file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully Submitted,

/s/Warren V. Norred
**Warren V. Norred**
Norred Law, PLLC
Texas Bar No. 24045094
515 E. Border
Arlington, TX 76010
Tel. 817-704-3984
Fax. 817-524-6686
wnorred@norredlaw.com
*Attorney for Plaintiff*

/s/Lynn Winter
**Lynn Winter**
Senior Assistant City Attorney
State Bar No. 24078135
*lynn.winter@fortworthtexas.gov*

Trey Qualls
Assistant City Attorney
State Bar No. 24099918
*trey.qualls@fortworthtexas.gov*

Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile
*Attorneys for Defendant City of Fort Worth*

/s/Jim Jeffrey
**Jim Jeffrey**
Law Offices of Jim Jeffrey
Texas Bar No. 10612300
3200 W. Arkansas Ln.
Arlington, Texas 76016
Ph.  817-261-3200 or 817-261-4640
Fax. 817-275-5826
jim.jeffrey@sbcglobal.net
*Attorney for Elizabeth Beck*