IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Michael Cody Torres** | § | |
|     Plaintiff, | § | |
| | § | |
| | § | **CIVIL ACTION NO.** |
| V. | § | |
| | § | **4:23-cv-00060-O** |
| | § | |
| **City of Fort Worth, Claudia Alfaro,** | § | |
| **Johnny Holland, Steve Carpenter,** | § | |
| **Elizabeth Beck et al.** | § | |
|     Defendants. | | |

## STIPULATION OF DISMISSAL

Plaintiff, Michael Cody Torres and Defendants, City of Fort Worth and Elizabeth Beck by their respective counsel, stipulate to dismiss this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own costs and attorney's fees.

    Respectfully Submitted,

    */s/Warren V. Norred*_____
    **Warren V. Norred**
    Norred Law, PLLC
    Texas Bar No. 24045094
    515 E. Border
    Arlington, TX 76010
    Tel. 817-704-3984
    Fax. 817-524-6686
    wnorred@norredlaw.com
    *Attorney for Plaintiff*

    */s/Lynn Winter*_____
    **Lynn Winter**
    Senior Assistant City Attorney
    State Bar No. 24078135
    lynn.winter@fortworthtexas.gov

Trey Qualls
Assistant City Attorney
State Bar No. 24099918
*trey.qualls@fortworthtexas.gov*

Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102-6311
817.392.7600
817.392.8359 Facsimile
***Attorneys for Defendant City of Fort Worth***

*/s/Jim Jeffrey*
**Jim Jeffrey**
Law Offices of Jim Jeffrey
Texas Bar No. 10612300
3200 W. Arkansas Ln.
Arlington, Texas 76016
Ph.  817-261-3200 or 817-261-4640
Fax. 817-275-5826
*jim.jeffrey@sbcglobal.net*
***Attorney for Elizabeth Beck***